1 | ANNA ERICKSON WHITE (Bar No. 161385)
AWhite@mofo.com
2 | CHRISTIN J. HILL (Bar No. 247522)
CHill@mofo.com
3 | **MORRISON & FOERSTER LLP**
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | *Attorneys for Defendant Ocera Therapeutics, Inc.*

7 | *[Additional Counsel listed on signature block]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OCERA THERAPEUTICS, INC. SECURITIES LITIGATION | Lead Case No. 3:17-cv-06687-RS<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
|---|---|

Pursuant to Civil Local Rule 6-2 and 7-12, co-lead plaintiffs Samuel P. Clarke and William Paulus ("Plaintiffs") and defendants Ocera Therapeutics, Inc., Eckard Weber, Linda Grais, Willard Dere, Steven James, Nina Kjellson, Anne VanLent, and Wendell Wierenga, ("Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to set the pleading and briefing schedule in the above-captioned action.

WHEREAS, this case was filed on November 20, 2017, by Samuel P. Clarke, a stockholder of Ocera Therapeutics, Inc. ("Ocera"), as a putative class action, captioned *Samuel P. Clarke v. Ocera Therapeutics, Inc. et al.*, Case No. 3:17-cv-06687 (the "*Clarke* Action");

WHEREAS, on March 27, 2018, the Court consolidated the *Clarke* Action with a related action, and appointed Plaintiffs as co-lead plaintiffs for the putative class (Dkt. No. 24). The case is now captioned, *In re Ocera Therapeutics, Inc. Securities Litigation*, Lead Case No. 3:17-cv-06687-RS (the "Action");

WHEREAS, on April 26, 2018, Plaintiffs filed a Consolidated Complaint (the "Complaint"), which alleges violations of Section 14(e) and Section 20(a) of the Securities Exchange Act of 1934 and related regulations (Dkt. No. 25);

WHEREAS, Defendants' deadline to respond to the Complaint is June 11, 2018;

WHEREAS, Defendants intend to file a motion to dismiss the Complaint on June 11, 2018;

WHEREAS, pursuant to the Scheduling Order (Dkt. No 14), the motion to dismiss will be fully briefed on or before August 27, 2018;

WHEREAS, the initial Case Management Conference ("CMC") for this Action was set for February 22, 2018, (Dkt. No. 5), and later continued to March 1, 2018 (Dkt. No. 10), and again continued to June 28, 2018 (Dkt No. 14);

WHEREAS, the Parties believe that because the PSLRA stays all discovery, including initial disclosures, pending the disposition of motions to dismiss in securities actions such as this one, it is appropriate to defer the initial case management statement, initial case management conference, and the completion of initial disclosures until the Court has ruled on Defendants'

| | |
|---|---|
| 1 | anticipated motion to dismiss. *See, e.g.*, *Medhekar v. United States Dist. Court*, 99 F.3d 325, 328– |
| 2 | 29 (9th Cir. 1996) (holding Fed. R. Civ. P. 26(a)'s initial disclosure requirements are disclosures |
| 3 | or other proceedings for purposes of PSLRA's stay provision, and must be stayed pending |
| 4 | disposition of motion to dismiss); |
| 5 |     WHEREFORE, because this case will not be at issue until after the Defendants' motion to |
| 6 | dismiss is fully briefed and decided—and even then only if the pleading is sustained—the Parties |
| 7 | agree and respectfully submit that a continuance of the initial CMC for at least 120 days would be |
| 8 | reasonable and propose a continuance from June 28, 2018 to October 25, 2018. |
| 9 |     WHEREFORE, this Stipulation is entered into without prejudice to any party seeking any |
| 10 | interim relief; |
| 11 |     WHEREFORE, nothing in this Stipulation shall be construed as a waiver of any of |
| 12 | Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants |
| 13 | would otherwise have, including, without limitation, jurisdictional defenses; and |
| 14 |     WHEREFORE, the Parties do not seek to stipulate to the foregoing schedule for the |
| 15 | purpose of delay, and the proposed dates will not have an effect on any pre-trial and trial dates as |
| 16 | the Court has yet to schedule these dates. |

| | | |
|---|---|---|
| 1 | Dated: June 7, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Christin J. Hill* |
| | | Christin J. Hill (Bar No. 247522) |
| 4 | | CHill@mofo.com |
| | | **MORRISON & FOERSTER LLP** |
| 5 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 6 | | Telephone: (415) 268-7000 |
| | | Facsimile: (415) 268-7522 |
| 7 | | |
| | | *Counsel for Defendant Ocera Therapeutics,* |
| 8 | | *Inc.* |
| 9 | | /s/ *Michael T. Jones* |
| | | Michael T. Jones (Bar No. 290660) |
| 10 | | MJones@goodwinlaw.com |
| | | **GOODWIN PROCTER LLP** |
| 11 | | 135 Commonwealth Drive |
| 12 | | Menlo Park, CA 94025-1105 |
| | | Telephone: (650) 752-3100 |
| 13 | | Facsimile: (650) 853-1038 |
| 14 | | |
| | | *Counsel for Defendants Eckard Weber, Linda* |
| 15 | | *Grais, Willard Dere, Steven James, Nina* |
| | | *Kjellson, Anne VanLent, and Wendell* |
| 16 | | *Wierenga* |
| 17 | | /s/ *Rosemary M. Rivas* |
| | | Rosemary M. Rivas (Bar No. 209147) |
| 18 | | rrivas@zlk.com |
| 19 | | **LEVI & KORSINSKY, LLP** |
| | | 44 Montgomery Street, Suite 650 |
| 20 | | San Francisco, CA 94104 |
| | | Telephone: (415) 291-2420 |
| 21 | | Facsimile: (415) 484-1294 |
| 22 | | |
| | | *Counsel for Plaintiffs* |
| 23 | | |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

/s/ *Christin J. Hill*
Christin J. Hill

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 6/8/18

_____
**THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE**