1  ANNA ERICKSON WHITE (Bar No. 161385)
   AWhite@mofo.com
2  CHRISTIN J. HILL (Bar No. 247522)
   CHill@mofo.com
3  **MORRISON & FOERSTER LLP**
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  *Attorneys for Defendant Ocera Therapeutics, Inc., Eckard Weber, Linda Grais, Willard Dere, Steven James, Nina Kjellson, Anne VanLent, and Wendell Wierenga*

8  [Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCERA THERAPEUTICS, INC. SECURITIES LITIGATION | Lead Case No.  3:17-cv-06687-RS  **JOINT STIPULATION TO MOVE MOTION TO DISMISS HEARING TO** ~~JUNE 27, 2018 AND~~ SEPTEMBER 27, 2018 **[~~PROPOSED~~] ORDER** |

1  Pursuant to Civil Local Rule 6-2 and 7-12, defendants Ocera Therapeutics, Inc., Eckard Weber, Linda Grais, Willard Dere, Steven James, Nina Kjellson, Anne VanLent, and Wendell Wierenga ("Defendants") and co-lead plaintiffs Samuel P. Clarke and William Paulus ("Lead Plaintiffs" and together with Defendants the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Defendants filed a Motion to Dismiss Lead Plaintiffs' Consolidated Class Action Complaint on June 11, 2018;

WHEREAS, Lead Plaintiffs filed a brief in opposition to Defendants' Motion to Dismiss on July 26, 2018;

WHEREAS, Defendants filed a reply brief in support of their Motion to Dismiss on August 27, 2018;

WHEREAS, the hearing on Defendants' motion to dismiss is currently scheduled for September 20, 2018;

WHEREAS, Defendants have encountered a scheduling conflict on September 20, 2018;

WHEREAS, Plaintiffs do not oppose Defendants' request to move the hearing one week to September 27, 2018;

THEREFORE, the Parties jointly stipulate and agree, subject to the Court's approval, to move the Motion to Dismiss hearing to September 27, 2018.

| | | |
|---|---|---|
| 1 | Dated: September 6, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Christin J. Hill* |
| 4 | | Christin J. Hill (Bar No. 247522)<br>CHill@mofo.com |
| 5 | | **MORRISON & FOERSTER LLP**<br>425 Market Street |
| 6 | | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 7 | | Facsimile: (415) 268-7522 |
| 8 | | *Counsel for Defendant Ocera Therapeutics, Inc., Eckard Weber, Linda Grais, Willard Dere, Steven James, Nina Kjellson, Anne* |
| 9 | | *VanLent, and Wendell Wierenga* |
| 10 | | |
| 11 | | /s/ *David E. Bower*<br>David E. Bower SBN 119546 |
| 12 | | **MONTEVERDE & ASSOCIATES PC**<br>600 Corporate Pointe, Suite 1170 |
| 13 | | Culver City, CA 90230<br>Tel: (213) 446-6652 |
| 14 | | Fax: (212) 202-7880<br>Email: dbower@monteverdelaw.com |
| 15 | | |
| 16 | | *Counsel for Plaintiffs* |
| 17 | | /s/ *Rosemary M. Rivas*<br>Rosemary M. Rivas (Bar No. 209147) |
| 18 | | rrivas@zlk.com<br>**LEVI & KORSINSKY, LLP** |
| 19 | | 44 Montgomery Street, Suite 650 |
| 20 | | San Francisco, CA 94104<br>Telephone: (415) 291-2420 |
| 21 | | Facsimile: (415) 484-1294 |
| 22 | | *Counsel for Plaintiffs* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

                      /s/ *Christin J. Hill*
                          Christin J. Hill

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | Dated: 9/6/18 |
| 4 | _____<br>**THE HONORABLE RICHARD SEEBORG**<br>**UNITED STATES DISTRICT JUDGE** |