| | |
|---|---|
| 1 | ANNA E. WHITE (Bar No. 161385) |
|   | AWhite@mofo.com |
| 2 | CHRISTIN J. HILL (Bar No. 247522) |
|   | CHill@mofo.com |
| 3 | **MORRISON & FOERSTER LLP** |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | *Attorneys for Defendant Ocera Therapeutics, Inc.* |
| 7 | *[Additional Counsel listed on signature block]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCERA THERAPEUTICS, INC. SECURITIES LITIGATION | Lead Case No. 3:17-cv-06687-RS<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CMC
Case No. 3:17-cv-06687- RS

1   Pursuant to Civil Local Rules 6-2 and 7-12, co-lead plaintiffs Samuel P. Clarke and William
2   Paulus ("Plaintiffs") and defendants Ocera Therapeutics, Inc., Eckard Weber, Linda Grais, Willard
3   Dere, Steven James, Nina Kjellson, Anne VanLent, and Wendell Wierenga, ("Defendants," and
4   together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby
5   stipulate to reschedule the Initial Case Management Conference, and corresponding ADR
6   Deadlines, in the above-captioned action.

7   WHEREAS, this case was filed on November 20, 2017, by Samuel P. Clarke, a stockholder
8   of Ocera Therapeutics, Inc. ("Ocera"), as a putative class action, captioned *Samuel P. Clarke v.*
9   *Ocera Therapeutics, Inc. et al.*, Case No. 3:17-cv-06687 (the "*Clarke* Action");

10  WHEREAS, on March 27, 2018, the Court consolidated the *Clarke* Action with a related
11  action, and appointed Plaintiffs as co-lead plaintiffs for the putative class (Dkt. No. 24). The case
12  is now captioned, *In re Ocera Therapeutics, Inc. Securities Litigation*, Lead Case No. 3:17-cv-
13  06687-RS (the "Action");

14  WHEREAS, on April 26, 2018, Plaintiffs filed a Consolidated Complaint (the
15  "Complaint"), which alleges violations of Section 14(e) and Section 20(a) of the Securities
16  Exchange Act of 1934 and related regulations (Dkt. No. 25);

17  WHEREAS, Defendants filed a Motion to Dismiss on June 11, 2018 (Dkt. No. 30);

18  WHEREAS, Plaintiffs filed a Response to the Motion to Dismiss on July 26, 2018 (Dkt.
19  No. 35);

20  WHEREAS, Defendants filed a Reply to the Motion to Dismiss on August 27, 2018 (Dkt.
21  No. 40);

22  WHEREAS, Defendants' Motion to Dismiss was fully briefed on August 27, 2018 in
23  accordance with the Scheduling Order (Dkt. No 14);

24  WHEREAS, a hearing on Defendants' Motion to Dismiss was held on September 27, 2018
25  at 01:30 PM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg;

26  WHEREAS, the Initial Case Management Conference ("CMC") for this Action was set for
27  February 22, 2018, (Dkt. No. 5), and later continued to March 1, 2018 (Dkt. No. 10), and again
28  continued to June 28, 2018 (Dkt No. 14), and further extended to October 25, 2018 (Dkt No. 28);

WHEREAS, the Parties believe that because the PSLRA stays all discovery, including initial disclosures, pending the disposition of motions to dismiss in securities actions such as this one, it is appropriate to defer the initial case management statement, Initial Case Management Conference, and the completion of initial disclosures until the Court has ruled on Defendants' motion to dismiss. *See, e.g.*, *Medhekar v. United States Dist. Court*, 99 F.3d 325, 328–29 (9th Cir. 1996) (holding Fed. R. Civ. P. 26(a)'s initial disclosure requirements are disclosures or other proceedings for purposes of PSLRA's stay provision, and must be stayed pending disposition of motion to dismiss);

WHEREAS, the Initial Case Management Scheduling Order with ADR Deadlines sets a deadline for certifying that the parties have read the ADR handbook and for stipulating to an ADR process is established;

WHEREAS, the ADR Deadlines are presumptively 21 days before the Initial Case Management Conference;

WHEREFORE, because this case will not be at issue until after the Defendants' motion to dismiss is decided—and even then only if the pleading is sustained—the Parties agree and respectfully submit that a continuance of the Initial Case Management Conference, and corresponding ADR Deadlines, is appropriate;

WHEREFORE, the Parties request that this Court issue an order setting a date for the Initial Case Management Conference for 30 days after an order denying Defendants' Motion to Dismiss, and that the ADR Deadlines be set for 21 days before the rescheduled Initial Case Management Conference;

WHEREFORE, this Stipulation is entered into without prejudice to any party seeking any interim relief;

WHEREFORE, nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses; and

WHEREFORE, the Parties do not seek to stipulate to the foregoing schedule for the purpose of delay, and the proposed dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

Dated: October 3, 2018                                     Respectfully submitted,


/s/ *Christin J. Hill*
Christin J. Hill (Bar No. 247522)
CHill@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Defendant Ocera Therapeutics, Inc., Eckard Weber, Linda Grais, Willard Dere, Steven James, Nina Kjellson, Anne VanLent, and Wendell Wierenga*


*/s/ Rosemary M. Rivas*
Rosemary M. Rivas (Bar No. 209147)
rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Juan E. Monteverde
**MONTEVERDE & ASSOCIATES PC**
jmonteverde@monteverdelaw.com
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Telephone: 212-971-1341
Facsimile: 212-202-7880

*Counsel for Co-Lead Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

/s/ Rosemary M. Rivas
Rosemary M. Rivas

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
**THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE**