United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL P. CLARKE, et al.,<br>    Plaintiffs,<br>    v.<br>OCERA THERAPEUTICS, INC., et al.,<br>    Defendants. | Case No. 17-cv-06687-RS<br><br>**JUDGMENT**<br>Re: Dkt. No. 17-cv-06687-RS |

Pursuant to the order granting defendants' motion to dismiss (Dkt. No. 50) and plaintiffs' election not to amend (Dkt. No. 53), the Court hereby ENTERS judgment in favor of defendants and against plaintiffs.

**IT IS SO ORDERED**.

Dated: November 8, 2018

_____
RICHARD SEEBORG
United States District Judge