David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880

*Counsel for Co-Lead Plaintiff William Paulus
and Co-Lead Counsel for the Putative Class*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OCERA THERAPEUTICS, INC. SECURITIES LITIGATION | Lead Case No. 3:17-cv-06687- RS<br><br>**CO-LEAD PLAINTIFF WILLIAM PAULUS'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Judge:    Hon. Richard Seeborg |

Notice is hereby given that William Paulus ("Paulus"), Co-Lead Plaintiff in the above-captioned action, hereby appeals to the United States Courts of Appeals for the Ninth Circuit from the judgment in favor of Defendants and against Plaintiffs, entered November 8, 2018 (Dkt. No. 54), and the related order granting Defendants' motion to dismiss Plaintiffs' claims with leave to amend, entered October 16, 2018 (Dkt. No. 50).[1]

---

[1] On November 6, 2018, Paulus filed a Notice of Intent Not To File An Amended Complaint And Request For Entry of Judgment (Dkt. No. 53). *See Edwards v. Marin Park, Inc*., 356 F.3d 1058, 1064 (9th Cir. 2004) ("[A] plaintiff may obtain an appealable final judgment by filing in writing a notice of intent not to file an amended complaint.") (internal quotation marks omitted).

1
CO-LEAD PLAINTIFF WILLIAM PAULUS'S NOTICE OF APPEAL
AND REPRESENTATION STATEMENT

Counsel and the parties in this action are listed in the following Representation Statement as required by Ninth Circuit Rule 3-2:

### REPRESENTATION STATEMENT

**Counsel for Co-Lead Plaintiff-Appellant William Paulus**

David E. Bower (Bar No. 119546)
MONTEVERDE & ASSOCIATES PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email:  dbower@monteverdelaw.com

Juan E. Monteverde
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel:  212-971-1341
Fax:  212-202-7880
Email: jmonteverde@monteverdelaw.com

**Counsel for Co-Lead Plainiff Samuel P. Clark**

Rosemary M. Rivas (Bar No. 209147)
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

Donald J. Enright
Elizabeth K. Tripodi
LEVI & KORSINSKY, LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
         etripodi@zlk.com

**Counsel for Defendants**

Anna Erickson White (Bar No. 161385)
Christin J. Hill (Bar No. 247522)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
AWhite@mofo.com
CHill@mofo.com

| | |
|---|---|
| 1    DATED: December 10, 2018 | Respectfully submitted, |

*/s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Co-Lead Plaintiff William Paulus and Co-Lead Counsel for the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

By: */s/ David E. Bower*
David E. Bower